FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

JAN - 9 2015

CHRISTOPHER A. PRINE

CLERK _____

07 January 2015

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals, First District
301 Fannin St.
Houston, Tx 77002-2066

Re: Gerald E. Gilbert v T.D.C.J., et al and U.T.M.B. et al
    Court of Appeals Cause No. 01-14-00795-CV
    Trial Cause No. 76482-I
    Brief for Appellant

Dear Mr. Prine:

My Brief for Appellant was completed and ready for mail on 01-05-15. I signed and dated it for 01-07-15 in anticipation of Law Library's dilatory procedures. I was in the law library (Ramsey I unit) at approximately 12:15pm under authority of Aurora Leechr to use their large stapler to bind the brief. I asked Leechr at 12:30pm 01-05-15 if I could please get the Writ envelopes and mail my legal documents. She replied, "No the layin has already been submitted, and we'll just wait until tomorrow. 01-06-15.

On 01-06-15 I was laid in for the 7:45am regular session, and submitted an I-60 (request form) at 7:50am for extra time to extend my session an add-

itional hour (9:45-10:45am), and a layin for 10:45 am for them to give me the Writ envelopes I needed to mail the brief to the court, and the defendants representatives. See attached layins. This effectively delayed my "Privileged Legal Mail" that is NOT suppose to be delayed at all, a day and maybe more, unnecessarily.

Because of their direct access to my "Privileged Legal Mail," Liechti, Law Library Supervisor and Dinah Gomez, Mailroom Supervisor, and Warden Mossbarger, a potential combination that may have commandeered my Original Complaint addressed to the 23rd district court, and re-directed it to the 412th district court, may have intercepted my Brief and going through it. The handwriting on the envelope will be different from the samples of mine you have, if they did. That's assuming the correspondence I've sent to you, actually reached you. And I am concerned that the combination may have remove parts of appendix A evidence exhibits that were absent from the Clerk's Record, and have NOT amid my complaints and request, still ~~have not~~ been produced. Or the content of the brief may have been changed, as the Brazoria County District Clerk, and that potential combination did in changing my forum choice improperly.

The following is a list of the evidence exhibits I submitted with my Brief for Appellant:

1. exhibit A 05 February 2014 Cover letter to Mary Peck-Schubert of the 23rd district court regarding filing my original complaint, citation, with Secretary of State, and TDCJ, and L.T.M.B. that was submitted with the original complaint absent from Clerk's records;

2. Exhibit B 06 February 2014 letter to Mary Peck-Schubert to add motion for Preliminary Injunction to complaint, additional evidence of where I original filed my complaint and choice of forum;

3. exhibit C. I-60, 03-27-14 regarding legal mail "no record" of;

4. exhibit F 11 April 2014 To Rhonda Barchak, inter alia, "please send me whatever document that was issued, ordered, and filed" that changed venues from 23rd district Court to the 412th district court;

5. exhibit G. 15 April 2014 letter to "The Honorable Ben Hardin, Judge"

regarding my Original Complaint being filed in his court, difficulty experienced with a Republican Judge during criminal trial, and inter alia fact that I did not request a change of venue

* 6. exhibit H April 28, 2014 letter from Rhonda Barchak proclaiming "Your case was initially filed in the 412th District Court, and not the 23rd District Court, there was not a document that was issued, Ordered or filed that changed venues, that was filed in this case"

7. exhibit I, 30 June 2014 letter to W. Edwin Denman, why my forum Choice was changed, and issue preliminary injunction, and if he didn't the case must have been switch to his court by combination to ensure it "would not see the light of day" C.R. 189-191

8. exhibit J, Offender Brace and Limb Pass for back brace issued for my back injures

If any of this is missing my point is apodictically proven, and it was deliberate and wanton.

Please inform me if any of the above mentioned duplicitous unscrupulous acts and omissions of legerdemain has occurred, and those document are missing. I have the originals and the court needs them for review in this case.

Respectfully submitted

Gerald B. Gilbert
U. S. Citizen

cc: SAR
    RE

```
        TDCJ - INSTITUTIONAL DIVISION
             OFFICIAL LAYIN PASS
                 ADMINISTRATIVE


 EFFECTIVE DATE: 01/06/2015
 FROM-TO TIME: 07:45-09:45    _____
 START DATE: 01/06/2015 END DATE: 01/06/2015


 ADMIT: 01236206 GILBERT,GERALD EARL
  REASON: LAW LIB TUE AM2  HOUSE: 4-1-06B


  JOB: UNASGN MEDICAL                00:00-00:00
  EDUC:



  COURTROOM: PETERS


  TITLE: CR
```

```
            TDCJ - INSTITUTIONAL DIVISION
                 OFFICIAL LAYIN PASS
                  ADMINISTRATIVE

   EFFECTIVE DATE: 01/06/2015
   FROM-TO TIME: 10:45-11:00
   START DATE: 01/06/2015 END DATE: 01/06/2015

  ADMIT: 01236206 GILBERT,GERALD EARL
   REASON: WRIT ENVELOPE      HOUSE: 4-1-06B

   JOB: UNASGN MEDICAL                    00:00-00:00
   EDUC:



   COURTROOM: PETERS

   TITLE: CR
```

LEGAL MAIL

Mr. Gerald Gilbert
1,236,206 4.1.6B
Ramsey I unit
1100 Fm 655
Rosharon, Tx 77583

LEGAL MAIL

FOREVER
USA

NORTH HOUSTON TX

08 JAN 2015 PM6L

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN – 9 2015

CHRISTOPHER A. PRINE
CLERK

Mr. Christopher A. Prine
Clerk of the Court
Court of Appeals, First District
301 Fannin St.
Houston, Texas 77002-2066

7700220 6699

LEGAL MAIL